*71 Chief Judge Desmond (dissenting).
I dissent and vote to affirm. Defendant never in any manner raised at the trial the point now urged—that is, as to the failure of the court to charge the paragraph numbered 3 in section 1052 of the Penal Law. Nowhere in the record is any such matter even mentioned. The “ exception” quoted in Judge Foster’s opinion was not sufficient for such a purpose and, indeed, it conveys to me no meaning at all. The absence of an exception to the charge is an absolute and jurisdictional bar to the consideration by us of an alleged error in the charge-in a noncapital criminal case (Code Crim. Pro., § 420-a; People v. Feld, 305 N. Y. 322, 332; cf., as to civil cases, Civ. Prac. Act, § 446; Donohue v. Erie County Sav. Bank, 285 N. Y. 24, 27).
Judges Dye, Fold, Van Voorhis and Burke concur with Judge Foster; Chief Judge Desmond dissents in an opinion in which Judge Froessel concurs.
Judgment reversed and a new trial ordered.